UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO VILLAFLOR,

       Plaintiff,                     Case No. 07-13939
                                              HON. BERNARD A. FRIEDMAN

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

## ORDER REGARDING "MEND THE HOLD" DOCTRINE

On April 16, 2010, the Court ordered the parties to brief the issue of the applicability of the "mend the hold" doctrine to the present case. The parties submitted their briefs, which the Court has reviewed. The Court finds that Plaintiff's contention regarding the applicability of the "mend the hold" doctrine should have been brought to the Court's attention long ago, during the period set aside for dispositive motion practice, and is untimely. Additionally, the Court holds that its prior rulings in this matter regarding admissibility of evidence and arguments are applicable, and will affirm such rulings.

     SO ORDERED.

DATED: May 4, 2010                             s/Bernard A. Friedman
                                                    BERNARD A. FRIEDMAN
                                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 4, 2010.

                                                      s/Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager